IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ZC, D.C.
05 JUL 26 PM 1:26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Richard Sherrod )<br>)<br>_____ )<br>)<br>_____ )<br>)<br>Defendant(s). ) | Criminal No. 05-20023 M1<br><br>**(60-Day Continuance)** |

---

**REPORT ON FUGITIVE STATUS AND RESETTING**

---

As indicated by the signature of counsel for the United States, through its Assistant United States Attorney, this case remains an active case and there are continuing efforts to locate the above-referenced fugitive defendant(s). A follow-up report on efforts to bring the above-referenced fugitive defendant(s) before the Court will be made on <u>Friday, September 23, 2005, at 10:30 a.m.</u>

SO ORDERED this 22nd day of July, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

_____
Assistant United States Attorney

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7-26-05





# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CR-20023 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

---

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT