IN THE UNITED STATES DISTRICT COURT FILED BY JPW D.C.
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION        05 DEC 20 PM 2: 26

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | THOMAS M. GOULD |
| Plaintiff, | ) | CLERK, U.S. DISTRICT COURT |
| | ) | W/D OF TN, MEMPHIS |
| v. | ) | Criminal No. 05 - 20023 Ml |
| Richard Shenod | ) | |
| | ) | (90-Day Continuance) |
| Defendant(s). | ) | |

REPORT ON FUGITIVE STATUS AND RESETTING

As indicated by the signature of counsel for the United States, through its Assistant United States Attorney, this case remains an active case and there are continuing efforts to locate the above-referenced fugitive defendant(s). A follow-up report on efforts to bring the above-referenced fugitive defendant(s) before the Court will be made on <u>Friday, March 24, 2006, at 10:30 a.m.</u>

SO ORDERED this 20th day of December, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

_____
Assistant United States Attorney

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-21-05

(17)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CR-20023 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT